GREEN vs, BOUDURANT,

Western Dis.
October 1828.

APPEAL from the court of the seventh district —the judge of the fifth presiding.

PORTER, J. delivered the opinion of the court. The defendant executed, in favour of the plaintiff, his three several notes, due in January, 1824, 1825, and 1826. They were given in payment of a tract of land, and a condition was annexed to them, that in case the land was overflowed, and a crop lost by high water, payment was to be postponed for one year, without interest.

*If the debtor has a right to postpone payment on several notes given to the plaintiff, he cannot avail himself of an error in making payment to the assignees of these notes to prevent a recovery on one which remained in the hands of the assignor. A jury must be prayed for in time to prevent the cause being delayed a term.*

There was an overflow in the years 1823 and 1826, and a partial one in 1824, which diminished the crop of that year.

This action is brought on the note which first fell due, and as a crop was made in 1825, there can be no doubt the plaintiff is entitled to recover, unless the defence of payment, set up in the answer, has been sustained.

The defendant paid the note which became due in 1825. He insists this payment was made in error, and should be imputed to the note then due, viz. that on which this suit is brought. This defence might, perhaps, avail him, if the payment had been made to the

plaintiff; but it appears he paid his endorsers, to whom the note had been transferred for a valuable consideration. The error, therefore, is not one for which the plaintiff is responsible. He cannot be prevented from recovering what is due to him, because the defendant has paid to others what was not due to them.

There is a bill of exceptions to the judge's refusal to grant a jury. The prayer was made after the jury was discharged; and though a portion of them were then out in a criminal case, and confined because they could not agree, the judge acted correctly in refusing the application. He could not know that the jury then in deliberation, would give a verdict before the end of the term, and the trial of the cause might have been postponed.

We do not think this a case in which damages should be given for the appeal being frivolous.

It is, therefore, ordered, adjudged, and decreed, that the judgment of the district court be affirmed with costs.

*Johnston* for the plaintiff—*Patterson* for the defendant.